Thomas N. Papadopulos, Appellant, v. Anna C. O'Connell, as Administratrix of Estate of William L. O'Connell, Deceased, et al., Defendants Below, Charles H. Albers, Appellee.

Gen. No. 40,693.

opinion filed October 23, 1939. Davis P. Buzane and Edward H. S. Martin, for appellant; Norman C. Barry, for appellee; Arnold F. Berger, of counsel. Opinion by Presiding Justice Matchett. ''Not to be published in full.''

George B. Mulloy, Appellant, v. Consoer, Older and Quinlan, Inc., Appellee.

Gen. No. 40,651.

opinion filed October 23, 1939. William A. Cunnea, for appellant; Richard P. Garrett, of counsel; Theodore A. Kolb, for appellee. Opinion by Justice McSurely. ''Not to be published in full.''